ZUEHLKE, Appellant, vs. ZUEHLKE, Respondent.

For the appellant: *A. J. Connors* of Barron and *W. T. Doar* of New Richmond.

For the respondent: *J. W. Soderberg* of Barron.

*By the Court.*—Judgment affirmed.

THILL, Appellant, vs. KLEIN, Respondent.

For the appellant: *Charles J. Kunny* of Port Washington, attorney, and *Wm. B. Collins* of Sheboygan of counsel.

For the respondent: *Schanen & Huiras* of Port Washington.

*By the Court.*—Judgment affirmed.